**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DERRICK SMITH,

   Plaintiff,

-vs-                                                                                            CASE NO.: 8:15-cv-385-T-23AEP

PIONEER CREDIT RECOVERY, INC.

   Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, DERRICK SMITH, by and through his undersigned counsel, hereby notifies the Court that the parties have reached a settlement of this matter. Parties for this case are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  Respectfully Submitted,

                                                  ***/s/ Amanda J. Allen***
                                                  AMANDA J. ALLEN, ESQUIRE
                                                  Florida Bar No. 0098228
                                                  MORGAN & MORGAN, TAMPA, P.A.
                                                  201 N. Franklin Street, Suite 700
                                                  Tampa, FL 33602
                                                  Telephone: (813) 223-5505
                                                  Facsimile: (813) 223-5402
                                                  Primary Email: AAllen@ForThePeople.com
                                                  Secondary: LCrouch@ForThePeople.com
                                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Dayle Van Hoose, Esquire at dvanhoose@sessions-law.biz, on this 16th day of July, 2015.

/s/ *Amanda J. Allen*
AMANDA J. ALLEN, ESQUIRE
Florida Bar No. 0098228
MORGAN & MORGAN, TAMPA, P.A.
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402
Primary Email: AAllen@ForThePeople.com
Secondary: LCrouch@ForThePeople.com
*Attorney for Plaintiff*